**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| OSCAR DANILO CASTRO-RIVERA,<br><br>Petitioner,<br><br>vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | No. C26-4087-LTS-MAR<br><br>**ORDER** |

Petitioner's motion (Doc. 11) to dismiss his petition for writ of habeas corpus and terminate the case is **granted**. This case is closed.

**IT IS SO ORDERED** this 15th day of October, 2026.

Leonard T. Strand
United States District Judge